IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY LITTLETON, | ) | |
| | ) | 2:12-cv-02236-GEB-AC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING MOTIONS TO |
| | ) | DISMISS |
| PACIFIC GAS & ELECTRIC CO.; SOUTH FEATHER WATER & POWER AGENCY; LOCAL UNION 1245 of/and THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFLCIO; and DOES 1-10, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

Each defendant seeks dismissal of all claims against it in Plaintiff's complaint. Each motion seeks dismissal on various grounds. Plaintiff filed a statement of non-opposition in response to each motion, but requests leave to amend. Since Plaintiff's complaint does not contain sufficient facts to plead a plausible claim against any defendant, each motion is granted. Plaintiff is granted fourteen (14) days leave from the date on which this Order is filed to file an amended complaint amending any dismissed claim. Further, Plaintiff is notified that this action may be dismissed with prejudice under Federal Rule of

1

Civil Procedure 41(b) if he fails to file an amended complaint within the prescribed time period.

Dated: February 13, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge